UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| **UNITED SITE SERVICES OF NEVADA,** ) | | |
| Plaintiff, ) | 2:04-cv-1075-LDG-PAL | |
| ) | | |
| vs. ) | **MINUTES OF THE COURT** | |
| ) | | |
| **ALBERT "BJ" MANSON, et al.,** ) | **DATED April 19, 2012** | |
| ) | | |
| Defendant. ) | | |
| _____ ) | | |

**PRESENT**
**THE HONORABLE   LLOYD D. GEORGE   UNITED STATES DISTRICT JUDGE**

**DEPUTY CLERK:**     RONI HAYES        **RECORDER:**     NONE APPEARING

**COUNSEL FOR PLAINTIFF (S) :**              NONE APPEARING

**COUNSEL FOR DEFENDANT (S) :**              NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

A Default Judgment (#81) in this action was filed on March 30, 2007. An Order (#83) dismissing the counterclaim and third-party complaint for failure to prosecute was filed March 31, 2008. Good cause appearing,

IT IS ORDERED that the bond in the amount of $44,031.56 (#8) posted August 12, 2004, receipt 78834, later REDUCED to $10,000.00 on September 4, 2004 (#34) is hereby exonerated and the Clerk of Court is directed to release said funds to the rightful owner.

APPROVED:   _/s/ Lloyd D. George_
                LLOYD D. GEORGE
                U.S. DISTRICT COURT JUDGE

DATED:   20 April 2012